# United States District Court

SOUTHERN DISTRICT OF NEW YORK

YANG FENG ZHAO

**SUMMONS IN A CIVIL CASE**

V.

CITY OF NEW YORK, DETECTIVE NGA CHEUNG NG, DETECTIVE BILLY MILAN, "JOHN DOE #1" and "JOHN DOE #2,"

CASE NUMBER: 07 CV 3636

JUDGE KAPLAN

TO: (Name and address of defendant)

CITY OF NEW YORK
Office of the Corporation Counsel
100 Church Street
New York, New York 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SIEGLE & SIMS L.L.P.
217 Broadway - Suite 611
New York, New York 10007

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

*[signature]* Marcos Quintero
(BY) DEPUTY CLERK

MAY 0 8 2007
DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5·8·07 |
| NAME OF SERVER (PRINT)  Xiaomi Zhou | TITLE  Legal Assistant |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: Office of the Corporation Counsel, 100 Church Street, 4TH Floor, N.Y., N.Y. 10007 on Garry Jean-Gilles, Docketing Clerk.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/9/2007
              Date

Signature of Server

Address of Server

SIEGLE & SIMS L.L.P.
The Astor Building
217 Broadway - Suite 611
New York, New York 10007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

YANG FENG ZHAO

SUMMONS IN A CIVIL CASE

V.

CITY OF NEW YORK, DETECTIVE NGA CHEUNG NG, DETECTIVE BILLY MILAN, "JOHN DOE #1" and "JOHN DOE #2,"

CASE NUMBER:

**07 CV 3636**

**JUDGE KAPLAN**

TO: (Name and address of defendant)

DETECTIVE BILLY MILAN

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SIEGLE & SIMS L.L.P.
217 Broadway - Suite 611
New York, New York 10007

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Marcos Quintero_

(BY) DEPUTY CLERK

DATE: MAY 0 8 2007

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6-27-07 |
| NAME OF SERVER (PRINT) XIAOMI ZHOU | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): MAILED TO DEFENDANT AT EMPLOYER'S ADDRESS, NYPD, 1 POLICE PLAZA, NEW YORK, NEW YORK, AND PERSONALLY SERVED EMPLOYER AT SAME ADDRESS IN THE MAIL ROOM THEREAT.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-27-07
            Date

Signature of Server
SIEGLE & SIMS LLP
217 BROADWAY, 611
NEW YORK, N.Y. 10007
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

YANG FENG ZHAO

**SUMMONS IN A CIVIL CASE**

V.

CITY OF NEW YORK, DETECTIVE NGA CHEUNG NG, DETECTIVE BILLY MILAN, "JOHN DOE #1" and "JOHN DOE #2,"

CASE NUMBER:

**07 CV 3636**

**JUDGE KAPLAN**

TO: (Name and address of defendant)

DETECTIVE NGA CHEUNG NG

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SIEGLE & SIMS L.L.P.
217 Broadway - Suite 611
New York, New York 10007

an answer to the complaint which is herewith served upon you, within ____30____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

MAY 0 8 2007

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 7-2-07 |
| NAME OF SERVER *(PRINT)* XIAOMI ZHOU | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): MAILED TO DEFENDANT AT EMPLOYERS ADDRESS, NYPD 1 POLICE PLAZA, NEW YORK AND PERSONALLY SERVED EMPLOYER AT SAME ADDRESS AT THE MAILROOM THEREAT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-2-07
            Date

Signature of Server

SIEGLE & SIMS LLP
217 BROADWAY, 611, N.Y. N.Y. 10007
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.