UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YANG FENG ZHAO,

                Plaintiff,

      -against-                              07 Civ. 3636 (LAK)

CITY OF NEW YORK, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07
```

LEWIS A. KAPLAN, *District Judge.*

        The parties cross-move for orders compelling discovery. The motions are resolved as follows:

        1.    Plaintiff moves to compel defendants to produce documents. The City contends that the motion is moot, at least insofar as it applies to the City, because it already has produced. The individual defendants have been silent. Accordingly, plaintiff's motion to compel defendants to produce the requested documents is granted to the extent that all defendants shall produce all requested documents no later than October 8, 2007 except to the extent that they claim privilege, in which case they shall produce privilege logs on or before that date.

        2.    Plaintiff shall appear for deposition on October 10 and 11, 2007.

        3.    Plaintiff shall produce the enhanced video tapes to defendants no later than October 8, 2007.

        4.    To the extent they have not previously done so, all parties shall make complete Rule 26 disclosures on or before October 8, 2007.

        5.    All outstanding interrogatories shall be answered on or before October 8, 2007.

        6.    Plaintiff is precluded from calling any expert witnesses unless he shall provide complete disclosure regarding his proposed expert witnesses on or before October 9, 2007. Should

2

plaintiff make such disclosures, defendants will have until November 9, 2007 to make disclosures with respect to defendants' experts.

      7.    All fact disclosure shall be concluded on or before October 18, 2007. All expert depositions shall be concluded on or before November 22, 2007.

      SO ORDERED.

Dated:    October 2, 2007

_____
Lewis A. Kaplan
United States District Judge