**CORRECTED EXHIBIT 6**

## Corrected Agreed to Deposition Schedule

The following is a deposition schedule agreed to between the parties as of this date:

        ZHAO - October 10 and 11, 2007;
        Detective Richard Maline - October 12, 2007;
        MILAN - October 15, 2007;
        NG - October 16, 2007;
        George Huang, non-party witness noticed by ZHAO - October 17, 2007 a.m.
        Detective Laureano Rivera - October 17, 2007 p.m.;
        Detective Frank Romano - October 18, 2007 a.m.; and
        Detective C. Wilkinson - October 18, 2007 p.m.