```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
YANG FENG ZHAO,                     :

              Plaintiff,            :      ORDER
                                    :      07 Civ. 3636 (LAK)(MHD)
        -against-
                                    :
CITY OF NEW YORK ET AL.,            :

              Defendants.           :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A conference having been held with counsel for the respective parties on November 1, 2007,

It is hereby **ORDERED** as follows:

1. All fact discovery is to be completed by **DECEMBER 18, 2007.**

2. Plaintiff is to supplement his expert reports based on recent disclosures, if necessary, by **JANUARY 4, 2008**. Defendant is to provide expert reports, if any, by **JANUARY 25, 2008**. All remaining expert discovery is to be completed no later than **FEBRUARY 8, 2008.**

3. The parties are to file dispositive motions, if any, by **FEBRUARY 29, 2008.**

4. The parties are to submit a joint pretrial order by **FEBRUARY 29, 2008**, unless a potentially dispositive motion has been

served by that date.

DATED: New York, New York
       November 1, 2007

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Eric Wayne Siegle
Siegle & Sims L.L.P.
217 Broadway
Suite 611
New York, NY 10007
Fax: 212-406-5259

Jonathan D Sims
Siegle & Sims L.L.P.
217 Broadway
Suite 611
New York, NY 10007
Fax: 212-406-5259

John Hopkins Graziadei
New York City Law Depart. Office of the Corporation Counsel
100 Church Street
New York, NY 10007
Fax: 212-788-9776