```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
YANG FENG ZHAO,                :

            Plaintiff,         :     ORDER

        -against-              :     07 Civ. 3636 (LAK)(MHD)

CITY OF NEW YORK et al.,       :

            Defendants.        :
------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

Defendants are to submit to the court for <u>in camera</u> review those documents as to which they assert a privilege and which are listed on their two privilege logs. This is to be done by November 28, 2007.

Dated: New York, New York
       November 26, 2007

                                    _____
                                    MICHAEL H. DOLINGER
                                    UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Eric W. Siegle, Esq.
Siegle & Sims L.L.P.
The Astor Building
217 Broadway
Suite 611
New York, New York 10007

John H. Graziadei, Esq.
Assistant Corporation Counsel
 for the City of New York
100 Church Street
New York, New York 10007