**SIEGLE & SIMS L.L.P.**
*THE ASTOR BUILDING*
217 BROADWAY • SUITE 611
NEW YORK, NEW YORK 10007
TELEPHONE: (212) 406-0110
FACSIMILE: (212) 406-5259

ERIC W. SIEGLE

JONATHAN D. SIMS

November 28, 2007

**VIA FACSIMILE**
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007
Attn.: Michael H. Dolinger, U.S.M.J.

Re: <u>Zhao v. City of New York et al.</u>
07CV.3636 (LAK)(MHD)

Dear Honorable Judge Dolinger:

We are writing to respectfully request an immediate conference regarding discovery in the above-referenced matter pursuant to Your Honor's chamber rules and Local Rule 37.2.

On October 19, 2007, plaintiff served defendants Requests for Admission and Third Set of Interrogatories and Request for Production of Documents. On November 21, 2007, plaintiff received defendants responses to said requests, which are attached hereto and contain both the requests and responses, objecting and refusing to answer each and every Request to Admit, as well as the Interrogatories and Requests to Produce, providing in partial response a single, improperly redacted Purchase Order, a copy of which is also attached hereto.

Since the date of said responses, counsel for plaintiff and defendants have exchanged correspondence and had telephone conversations regarding the propriety of plaintiff's requests and defendants' responses thereto, especially with regard to the Requests to Admit. The parties cannot amicably resolve these disputes absent judicial intervention. Therefore, we respectfully request a pre-motion conference prior to moving for an order to compel.

Respectfully submitted,

**SIEGLE & SIMS L.L.P.**

Eric W. Siegle

cc: John H. Graziadei, A.C.C. (via facsimile)

*[Handwritten endorsement: No pre-motion conference is needed. Plaintiff may file a motion seeking appropriate relief. This is to be done by no later than Dec. 5, 2007. 11/28/07]*