

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JOHN H. GRAZIADEI
*Senior Counsel*
Telephone: (212) 442-3551
Facsimile: (212) 788-9776

December 10, 2007

**VIA FACSIMILE**
Honorable Michael H. Dolinger
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Zhao v. City of New York, et al.*, 07 CV 3636 (LAK) (MHD)

Your Honor:

    Pursuant to Your Honor's Order entered on December 5, 2007, defendants are required to produce documents that were the subject of the Order by December 10, 2007. Defendants respectfully request a stay of discovery from so much of that Order that requires defendants to produce the documents by December 10, 2007 so that defendants may move for either reconsideration of Your Honor's Order pursuant to Local Civil Rule 6.3 or serve and file objections to the Order pursuant to Fed. R. Civ. P. 72(a). Thank you for Your Honor's consideration of this request.

Respectfully submitted,

John H. Graziadei (JG 1333)
Senior Counsel

cc: Jonathan Sims, Esq.
    Eric Siegle, Esq.

ENDORSED ORDER
_____

The deadline to comply with our December 4, 2007 memorandum and order is extended to December 14, 2007 to permit defendants to move for reconsideration or file objections. If they do so by that date, the memorandum and order will be stayed pending resolution of any such application.

12/11/07