**SIEGLE & SIMS L.L.P.**
*THE ASTOR BUILDING*
217 BROADWAY • SUITE 611
NEW YORK, NEW YORK 10007
TELEPHONE: (212) 406-0110
FACSIMILE: (212) 406-5259

1/10/08

ERIC W. SIEGLE        January 9, 2008        JONATHAN D. SIMS

**VIA HAND DELIVERY**
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007
Attn.: Michael H. Dolinger, U.S.M.J.

       Re:     **Zhao v. City of New York et al.**
                 07CV.3636 (LAK)(MHD)

Dear Honorable Judge Dolinger:

     Enclosed please find a copy of a motion pursuant to FRCP Rule 37(b)(2) filed on this date via ECF by plaintiff with **complete** copies of exhibits. Please note that the exhibits filed via ECF do not include any document designated by defendants' counsel "ATTORNEY'S EYES ONLY - CONFIDENTIAL," regardless of the propriety of that designation, and therefore are only contained herein.

                         Respectfully submitted,

                         **SIEGLE & SIMS L.L.P.**

                         Eric W. Siegle

cc: John H. Graziadei, A.C.C. (via hand delivery)

ENDORSED ORDER

Defendants are to respond to this application by no later than January 16, 2008. Plaintiff may reply by January 18, 2008.

1/10/08