## SIEGLE & SIMS L.L.P.

THE ASTOR BUILDING
217 BROADWAY • SUITE 611
NEW YORK, NEW YORK 10007
TELEPHONE: (212) 406-0110
FACSIMILE: (212) 406-5259

ERIC W. SIEGLE

JONATHAN D. SIMS

January 17, 2008

**VIA FACSIMILE**
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007
Attn.: Michael H. Dolinger, U.S.M.J.

Re: Zhao v. City of New York et al.
07CV.3636 (LAK)(MHD)

Dear Honorable Judge Dolinger:

Based on the Court's order of this date enlarging defendants' time to submit opposition to plaintiff's January 9, 2007 motion until January 17, 2008 and defendant's time respond to plaintiff's outstanding discovery requests relative to certain video tape evidence until January 18, 2008, plaintiff respectfully requests enlargement of time to submit a reply until January 23, 2008, due to the federal holiday on January 21, 2008, and counsel's other previously scheduled professional obligations.

Thank you.

Respectfully submitted,

SIEGLE & SIMS L.L.P.

Eric W. Siegle

cc: John H. Graziadei, A.C.C. (via facsimile)

ENDORSED ORDER

Application granted.

[signature]
USMJ 1/17/08