```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
YANG FENG ZHAO,                     :

              Plaintiff,            :           ORDER
                                    :    07 Civ. 3636 (LAK)(MHD)
         -against-
                                    :

CITY OF NEW YORK ET AL.,            :

              Defendants.           :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


It is hereby


**ORDERED** that a conference has been scheduled in the above-captioned action on **THURSDAY, JANUARY 31, 2008, at 3:30 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED: New York, New York
       January 29, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have faxed today to:

Eric Wayne Siegle
Siegle & Sims L.L.P.
217 Broadway
Suite 611
New York, NY 10007
Fax: 212-406-5259

Jonathan D Sims
Siegle & Sims L.L.P.
217 Broadway
Suite 611
New York, NY 10007
Fax: 212-406-5259

John Hopkins Graziadei
New York City Law Depart. Office of the Corporation Counsel
100 Church Street
New York, NY 10007
Fax: 212-788-9776