**SIEGLE & SIMS L.L.P.**
THE ASTOR BUILDING
217 BROADWAY • SUITE 611
NEW YORK, NEW YORK 10007
TELEPHONE: (212) 406-0110
FACSIMILE: (212) 406-5259

ERIC W. SIEGLE                                                              JONATHAN D. SIMS

February 4, 2008

**VIA FACSIMILE**
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007
Attn.: Michael H. Dolinger, U.S.M.J.

RECEIVED
FEB - 4 2008

Re: **Zhao v. City of New York et al.**
07CV.3636 (LAK)(MHD)

Dear Honorable Judge Dolinger:

Pursuant to the hearing/conference of the above-referenced matter before the Court on January 31, 2008, please allow this correspondence to confirm modification of the pre-trial scheduling order as follows:

| | |
|---|---|
| End of Fact Discovery: | March 31, 2008 |
| Plaintiff's Suppl. Expert Discl.: | April 18, 2008 |
| Defendant's Expert Discl.: | May 9, 2008 |
| End of Expert Discovery: | May 23, 2008 |
| Joint Pre-Trial Order/ Disp. Mots.: | June 13, 2008 |

Respectfully submitted,

**SIEGLE & SIMS L.L.P.**

Eric W. Siegle

cc: John H. Graziadei, A.C.C. (via facsimile)

*Endorsed Order*
*Schedule adopted.*

2/4/08