```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
YANG FENG ZHAO,
                                  :
            Plaintiff,                  MEMORANDUM & ORDER
                                  :
       -against-                        07 Civ. 3636 (LAK)(MHD)
                                  :
CITY OF NEW YORK et al.,
                                  :
            Defendants.
---------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

Plaintiff has applied, in a series of letters, for an order granting various forms of discovery relief, including the scheduling of depositions. Defendants in turn have requested a substantial extension of discovery and other relief. (See Letters from Eric W. Siegle, Esq., to the Court, Feb. 15, 18 and 25, 2008; Letter from Ass't Corp. Counsel John H. Graziadei, Esq., to the Court, Feb. 22, 2008.) We make the following rulings:

1. The parties are to adhere to the following deposition schedule, with depositions to take place in plaintiff's counsel's office:

   Sgt. Conor McCourt -- Feb. 28, 2008 at 10 a.m.

   Det. Laureano Rivera -- March 4, 2008 at 10 a.m.

   Det. Ming Li -- March 6, 2008 at 10 a.m.

   ADA Eugene Reibstein -- March 13, 2008 at 10 a.m.

1

Det. Vincenzo Romano -- March 28, 2008 at 10 a.m.

2. The deposition of Det. Li is limited to four hours.

3. The parties are to arrange the scheduling of the remaining noticed depositions by no later than February 29, 2008. If any of those depositions have not been noticed by that day, counsel are to notify the court, and we will set the dates.

4. The deadline for defendants to respond to plaintiff's Requests to Admit, as directed by our December 17, 2007 Memorandum and Order, remains one week after the completion of the TARU deposition.

5. To the extent not previously done, defendants are to supply responses to plaintiff's most recent interrogatories and document requests by March 3, 2008.[1]

6. Upon plaintiff's request (to be made on a deposition-by-deposition basis), defendants are to bring to the forthcoming depositions the eight videotapes previously made available to the plaintiff.

---

[1] It is not entirely clear from the parties' letter briefing whether, and to what extent, defendants may have effectively complied with these discovery requests.

7. The deadline to complete fact discovery is extended from March 31, 2008 to April 14, 2008. Plaintiff's supplemental expert-witness production is to be completed by May 2, 2008. Defendants' expert disclosures will be due on May 23, 2008. All expert-witness discovery is to be completed by June 6, 2008. The parties are to submit a joint pre-trial order by June 27, 2008 unless a potentially dispositive motion has been served and filed by that date.

Dated: New York, New York
       February 25, 2007

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Memorandum and Order have been mailed today to:

Eric W. Siegle, Esq.
Siegle & Sims L.L.P.
The Astor Building
217 Broadway
Suite 611
New York, New York 10007

John H. Graziadei, Esq.
Assistant Corporation Counsel
 for the City of New York
100 Church Street
New York, New York 10007