UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

YANG FENG ZHAO,

                                        Plaintiff,

-against-

CITY OF NEW YORK, DETECTIVE NGA CHEUNG NG,
DETECTIVE BILLY MILAN, "JOHN DOE #1" and "JOHN
DOE #2,"

                                        Defendants

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

**07 CV 3636 (LAK) (MHD)**

       **PLEASE TAKE NOTICE** that **Afsaan Saleem**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York Detective Nga Cheung Ng and Detective Billy Milan, effective March 3, 2008.

Dated: New York, New York
            March 3, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel, City of New York
                                          Attorney for Defendant City of New York
                                          100 Church Street, Room 3-192
                                          New York, New York 10007
                                          (212) 788-9580

                                          By:     /s/_____
                                                      Afsaan Saleem
                                                      Senior Counsel
                                                      Special Federal Litigation Division

CC:    Siegle & Sims, LLP
         217 Broadway, Suite 611
         New York, New York 10007

Index No.   07 CV 3636 (LAK) (MHD)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| YANG FENG ZHAO,<br><br>                                                                Plaintiff,<br><br>                    -against-<br><br>CITY OF NEW YORK, DETECTIVE NGA CHEUNG NG, DETECTIVE BILLY MILAN, "JOHN DOE #1" and "JOHN DOE #2,"<br><br><br>                                                                Defendants |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br><br>*100 Church Street*<br>*New York, N.Y.  10007*<br>*Of Counsel: Afsaan Saleem*<br><br>*Tel:  (212) 788-9580*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ..................................................,2007*<br><br>*............................................................................Esq.*<br><br>*Attorney for City of New York* |