AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

YANG FENG ZHAO

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

CITY OF NEW YORK, DETECTIVE NGA CHEUNG NG, DETECTIVE BILLY MILAN, SGT. BRIAN CONLIN and "JOHN DOE #2,"

TO: (Name and address of defendant)

SGT. BRIAN CONLIN
C/O NEW YORK CITY POLICE DEPARTMENT - QUEENS HOMICIDE SQUAD
68-40 AUSTIN STREET
FOREST HILLS, NEW YORK 11375

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SIEGLE & SIMS L.L.P.
217 Broadway - Suite 611
New York, New York 10007

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                APR 2 1 2008
CLERK                                              DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | April 21, 2008 |
| NAME OF SERVER *(PRINT)* <br> XIAOMI ZHOU | TITLE <br> Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other *(specify)*: _____
Mailed to the employer of BRIAN CONLIN, the N.Y.P.D., at 68-40 Austin St., Forest Hills, NY 11375 in a sealed envelope marked "PERSONAL & CONFIDENTIAL". Will be personally served to same location by Process Server.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __4/21/08__
        Date

Signature of Server

Address of Server
SIEGLE & SIMS L.L.P.
The Astor Building
217 Broadway - Suite 611
New York, New York 10007

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.