**SIEGLE & SIMS L.L.P.**
*THE ASTOR BUILDING*
217 BROADWAY • SUITE 611
NEW YORK, NEW YORK 10007
TELEPHONE: (212) 406-0110
FACSIMILE: (212) 406-5259

4/30/08

ERIC W. SIEGLE                                                                              JONATHAN D. SIMS

April 29, 2008

RECEIVED
APR 29 2008

**VIA FACSIMILE**
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007
Attn.: Michael H. Dolinger, U.S.M.J.

Re:   Zhao v. City of New York et al.
      07CV.3636 (LAK)(MHD)

Dear Honorable Judge Dolinger:

Pursuant to the Court's April 25, 2008 Order, we hereby submit on behalf of all counsel herein the following jointly proposed schedule for completion of all pre-trial matters in the above-referenced case:

| | |
|---|---|
| End of Fact Discovery: | May 13, 2008; |
| Plaintiff's Suppl. Expert Discl.: | May 30, 2008; |
| Defendant's Expert Discl.: | June 20, 2008; |
| End of Expert Discovery: | July 14, 2008; |
| Joint Pre-Trial Order/ Disp. Mots.: | August 5, 2008. |

We collectively thank the Court for its time and courtesy.

Respectfully submitted,

SIEGLE & SIMS L.L.P.

Eric W. Siegle

cc: Afsaan Saleem, A.C.C. (via facsimile)
    Jennifer Rossan, A.C.C. (via facsimile)

ENDORSED ORDER

The proposed amended pretrial schedule is adopted.

M/USMJ
4/29/08