```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
YANG FENG ZHAO,                     :

        Plaintiff,                  :      ORDER
                                    :      07 Civ. 3636 (LAK)(MHD)
    -against-                       :
                                    :
CITY OF NEW YORK ET AL.,            :

        Defendants.                 :
------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby

**ORDERED** that plaintiff's counsel is to supplement his letter, dated July 30, 2008, with a submission demonstrating that the materials in question are the subject of prior discovery requests by plaintiff or otherwise establishing that plaintiff was entitled to these materials during the fact discovery period, and is to do so by no later than close of business tomorrow, **JULY 31, 2008**. Defendants' counsel is to submit a response by no later than **TUESDAY, AUGUST 5, 2008**.

DATED:  New York, New York
        July 30, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have faxed today to:

Eric Wayne Siegle, Esq.
Siegle & Sims L.L.P.
217 Broadway
Suite 611
New York, NY 10007

Jennifer Rossan, Esq.
Afsaan Saleem, Esq.
New York City Law Depart. Office of the Corporation Counsel
100 Church Street
New York, NY 10007