UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

YANG FENG ZHAO,                            :

                    Plaintiff,             :            **ORDER**
                                           :       **07 Civ. 3636  (LAK)(MHD)**

         -against-                         :

CITY OF NEW YORK ET AL.,                   :

                    Defendants.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

         A conference having been held with counsel for the respective

parties today,

         It is hereby **ORDERED** as follows:

         1. Plaintiff is to designate his experts and provide expert

reports, if any, by **MONDAY, SEPTEMBER 8, 2008**. Expert depositions

are to be completed by no later than **MONDAY, SEPTEMBER 15, 2008**.

         2. The parties are to file dispositive motions, if any, by

**MONDAY, OCTOBER 6, 2008**.

         4. The parties are to submit a joint pretrial order by **MONDAY,**

**OCTOBER 6, 2008**.

DATED:   New York, New York
         July 7, 2007

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Eric Wayne Siegle, Esq.
Siegle & Sims L.L.P.
217 Broadway
Suite 611
New York, NY 10007

Jonathan D. Sims, Esq.
Siegle & Sims L.L.P.
217 Broadway
Suite 611
New York, NY 10007

Afsaan Saleem, Esq.
New York City Law Depart. Office of the Corporation Counsel
100 Church Street
New York, NY 10007

Jennifer Rossan, Esq.
New York City Law Depart. Office of the Corporation Counsel
100 Church Street
New York, NY 10007