UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
YANG FENG ZHAO,

                Plaintiff,

       -against-                                   07 Civ. 3636 (LAK)

CITY OF NEW YORK, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED #: 9/29/09]

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The motions *in limine* [DI 115 & 117] are denied without prejudice to renewal no earlier than 30 nor later than 10 days before trial.

       SO ORDERED.

Dated:      September 29, 2009

                                                     /s/ Lewis A. Kaplan
                                                     Lewis A. Kaplan
                                                United States District Judge