```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
YANG FENG ZHAO,                     :
              Plaintiff,            :      ORDER
                                    :      07 Civ. 3636 (LAK)(MHD)
         -against-                  :
                                    :
CITY OF NEW YORK ET AL.,            :
              Defendants.           :
------------------------------------x
```

It is hereby

**ORDERED** that a telephone conference has been scheduled in the above-captioned action on **WEDNESDAY, NOVEMBER 4, 2009 at 4:30 P.M.** Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to make the necessary arrangements for a conference call and call chambers at 212-805-0204 when all parties are on the line.

**Dated: New York, New York**
**November 3, 2009**

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date by facsimile to:

Eric Wayne Siegle, Esq.
Jonathan D. Sims, Esq.
Fax: (212) 406-5259

Afsaan Saleem, Esq.
Fax: (212) 788-9580

Jennifer Rossan, Esq.
John Hopkins Graziadei
Fax: (212) 788-9776