```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
YANG FENG ZHAO,                     :

                 Plaintiff,         :         ORDER
                                    :   07 Civ. 3636 (LAK)(MHD)
       -against-
                                    :

CITY OF NEW YORK ET AL.,            :

                 Defendants.        :
------------------------------------x
```

It is hereby **ORDERED** that the settlement conference scheduled in the above-captioned action for THURSDAY, NOVEMBER 5, 2009, at 3:00 P.M., is **cancelled**.

**Dated: New York, New York**
     **November 4, 2009**

SO ORDERED.

**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date by facsimile to:

Eric Wayne Siegle, Esq.
Jonathan D. Sims, Esq.
Fax: (212) 406-5259

Afsaan Saleem, Esq.
Fax: (212) 788-9580

Jennifer Rossan, Esq.
John Hopkins Graziadei
Fax: (212) 788-9776