UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
YANG FENG ZHAO,

                        Plaintiff,

                -against-                           07 Civ. 3636 (LAK)

CITY OF NEW YORK, et al.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion *in limine* [DI 167] is denied in all respects. Insofar as the motion seeks to exclude evidence of the two arrests and concerning the so-called "phantom informant," this ruling is without prejudice to raising the points at trial. Further, defendants' ability to call ADA Bassiur is conditioned upon their producing him for deposition by plaintiff on a date convenient to plaintiff's counsel. The deposition shall be completed by February 28, 2010.

        SO ORDERED.

Dated:       January 11, 2010

                                                  wis A. Kaplan
                                                tates District Judge